IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DOUGLAS K. KELLY, et al.         :

    v.                           : Civil Action No. DKC 2006-0014

THOMAS AARON BILLIARDS, et al.   :

**MEMORANDUM OPINION**

Presently pending and ready for resolution is the Motion of C.C. Steepleton Billiards for summary judgment. For the reasons that follow, the motion will be granted.

In an opinion filed June 22, 2007 (paper 80), this court granted summary judgment in favor of Thomas Aaron Billiards ("TAB") and dismissed the claims against Thomas Cartwright and James P. Graven, leaving C.C. Steepleton Billiards as the only remaining defendant. C.C. Steepleton Billiards' motion adopts the grounds asserted in TAB's motion and Plaintiff adopts his earlier opposition. As noted in the court's earlier opinion in footnote 6, the rationale underlying the grant of summary judgment in favor of TAB applies with equal force to C.C. Steepleton Billiards. Thus, the court will enter judgment in favor of that defendant for the reasons stated in the earlier Memorandum Opinion.

                                                      /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge